1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 18-00073 RS |
| ) | |
| Plaintiff, ) | STIPULATION TO SET STATUS CONFERENCE |
| ) | AND EXCLUDE TIME AND [PROPOSED] |
| v. ) | ORDER |
| ) | |
| ANTHONY HUNTER, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

The above-captioned matter was originally assigned to U.S. District Court Judge Charles Breyer. On March 5, 2018, the matter was reassigned to this Court after the Court entered an order finding that it is related to another case involving the same defendant, *United States v. Anthony Hunter*, 11-00566 RS. *See* Dkt. 4.  The Court's order relating the cases vacated the previously scheduled status conference before Judge Breyer and directed the parties to re-notice the matter for hearing before this Court.

Now, therefore, the parties stipulate and respectfully request that the Court set a status conference in the above-captioned matter for March 20, 2018, at 2:30 pm, or as soon thereafter as is convenient for the Court.

STIP. TO SET STATUS CONFERENCE AND TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 18-00073 RS

1

The parties further stipulate that the time between March 9, 2018, and March 20, 2018, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). The government recently produced discovery to the defense, and excluding such time will allow counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: March 9, 2018

ALEX G. TSE
Acting United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: March 9, 2018

/s/
ELIZABETH FALK
Counsel for Defendant
ANTHONY HUNTER

STIP. TO SET STATUS CONFERENCE AND TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 18-00073 RS

2

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2   Based on the parties' stipulation, the Court hereby ORDERS that a status conference in the
3   above-captioned matter be set for March 20, 2018, at 2:30 pm.
4   The Court finds that the exclusion of the period from March 9, 2018, to March 20, 2018, from
5   the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the
6   continuance outweigh the interests of the public and the defendant in the prompt disposition of this
7   criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny
8   counsel the reasonable time necessary for effective preparation, taking into account the exercise of due
9   diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
10  IT IS SO ORDERED.

12  DATED: 3/9/18

_____
HON. RICHARD SEEBORG
United States District Judge